**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| BRYAN ANTHONY REO, | ) |
| | ) |
| | ) CASE NO: 1:19-cv-00661-SO |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Judge Solomon Oliver, Jr. |
| CHARTER COMMUNICATIONS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Bryan Anthony Reo and Defendant Charter Communications, Inc. hereby stipulate to the dismissal of this action with prejudice.  Each party is to bear its own attorneys' fees and costs.

Dated: January __, 2020                                              Respectfully submitted,

*/s/ Bryan Anthony Reo*                                              */s/ Ryan D. Watstein (with permission)*
Bryan Anthony Reo                                                    Ryan D. Watstein (pro hac vice)
P.O. Box 5100                                                        Kabat Chapman & Ozmer LLP
Mentor, OH 44060                                                     171 17th Street NW, Suite 1550
Telephone: (440) 313-5893                                            Atlanta, Georgia 30363
reo@reolaw.org                                                       Telephone: (404) 400-7300
                                                                     Facsimile: (404) 400-7333
*Plaintiff, pro se*                                                  rwatstein@kcozlaw.com

                                                                     Thomas M. Ritzert (0085370)
                                                                     Thompson Hine LLP
                                                                     3900 Key Center
                                                                     127 Public Square
                                                                     Cleveland, OH 4114
                                                                     Telephone: (216) 566-5500
                                                                     Facsimile: (216) 566-5800
                                                                     Thomas.Ritzert@ThompsonHine.com

                                                                     *Attorneys for Defendant*