# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BRYAN ANTHONY REO, | ) |
| | ) |
| | ) CASE NO: 1:19-cv-00661-SO |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Judge Solomon Oliver, Jr. |
| CHARTER COMMUNICATIONS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Bryan Anthony Reo and Defendant Charter Communications, Inc. hereby stipulate to the dismissal of this action with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: January __, 2020                         Respectfully submitted,

/s/ Bryan Anthony Reo                           /s/ Ryan D. Watstein (with permission)
Bryan Anthony Reo                               Ryan D. Watstein (pro hac vice)
P.O. Box 5100                                   Kabat Chapman & Ozmer LLP
Mentor, OH 44060                                171 17th Street NW, Suite 1550
Telephone: (440) 313-5893                       Atlanta, Georgia 30363
reo@reolaw.org                                  Telephone: (404) 400-7300
                                                Facsimile: (404) 400-7333
*Plaintiff, pro se*                             rwatstein@kcozlaw.com

                                                Thomas M. Ritzert (0085370)
**IT IS SO ORDERED.**                           Thompson Hine LLP
/s/ Solomon Oliver, Jr.                         3900 Key Center
United States District Judge                    127 Public Square
1/15/2020                                       Cleveland, OH 4114
                                                Telephone: (216) 566-5500
                                                Facsimile: (216) 566-5800
                                                Thomas.Ritzert@ThompsonHine.com

                                                *Attorneys for Defendant*

1